UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61113-CIV-ZLOCH

LEAH A. KORITZKY,

    Plaintiff,

vs.                                          **O R D E R**

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

THIS MATTER is before the Court upon Plaintiff Leah A. Kortzky's Motion For Summary Judgment (DE 8), Defendant Michael J. Astrue's Motion For Summary Judgment (DE 14), and the Report And Recommendation (DE 15) filed herein by United States Magistrate Judge Lurana S. Snow.  No objections have been filed to said Report with the time prescribed.  The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation (DE 15) filed herein by United States Magistrate Judge Lurana S. Snow be and the same is hereby approved, adopted and ratified by the Court;

3. Plaintiff Leah A. Kortzky's Motion For Summary Judgment (DE 8) be and the same is hereby **DENIED;**

4. Defendant Michael J. Astrue's Motion For Summary Judgment

(DE 14) be and the same is hereby **GRANTED;** and

    4. Final Judgment will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___21st___ day of July, 2008.

                                  _____
                                  WILLIAM J. ZLOCH
                                  United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record